RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
REBECCA LEVY
Assistant Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577
(Fax) 388-6261

Attorneys for **VONGPRACHANH**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>REGAN VONGPRACHANH,<br><br>  Defendant. | 2:11-cr-415-GMN-GWF<br><br>**MEMORANDUM AND PROPOSED ORDER** |

COMES NOW, the defendant REGAN VONGPRACHANH, by and through counsel Rebecca Levy, Assistant Federal Public Defender who submits this memorandum and proposed order.  This memorandum is made based on all prior proceedings had herein and the attached memorandum of points and authorities.

DATED this 14th day of July, 2014.


                                        RENE L. VALLADARES
                                        Federal Public Defender

                                        */s/ Rebecca A. Levy*
                                    By: _____
                                        REBECCA A. LEVY,
                                        Assistant Federal Public Defender

**MEMORANDUM**

On May 29, 2014, Mr. Vongprachanh made an initial appearance on a petition to Revoke Supervised Release. At the hearing Magistrate Judge Foley released Mr. Vongprachanh and continued Mr. Vongprachanh on supervision under the previous conditions imposed. Additionally, the Court modified Mr. Vongprachanh's conditions of supervision and added the following conditions: (1) that the Defendant shall reside at the residential re-entry center under lock-down status. Mr. Vongprachanh has been at the Halfway House since being released from custody.

On July 11, 2014, United States Probation Officer Rebecca Capstick informed undersigned counsel that the Halfway House contacted her and Mr. Vongprachanh was only covered to stay by pre-trial for thirty (30) days and that time has expired. The Halfway House told Ms. Capstick that they would be releasing Mr. Vongprachanh on July 11, 2014. However, the re-entry center would accept Mr. Vongprachanh back with an order from the Court.

Therefore, Mr. Vongprachanh respectfully requests that this Court sign the attached proposed order so that the residential re-entry center will allow Mr. Vongprachanh to reside at the re-entry center under public law.

DATED this 14th day of July, 2014.

RENE L. VALLADARES
Federal Public Defender

By: */s/ Rebecca A. Levy*
_____
REBECCA A. LEVY,
Assistant Federal Public Defender

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>REGAN VONGPRACHANH,<br><br>　　　　　Defendant. | 2:11-cr-415-GMN-GWF<br><br>**PROPOSED ORDER** |

　　　Defendant, Regan Vongprachanh, having appeared in Court on May 29, 2014, and good cause appearing therefore,

　　　**IT IS HEREBY ORDERED** that Defendant shall reside at the residential re-entry center as approved and directed by the probation officer for a period of up to six (6) months.

　　　DATED this 15th day of July, 2014.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

3

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that she is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on July 14, 2014, she served an electronic copy of the above and foregoing **MEMORANDUM AND PROPOSED ORDER**, by electronic service (ECF) to the person named below:

DANIEL G. BOGDEN
United States Attorney
ROGER YANG
Assistant United States Attorney
333 Las Vegas Blvd. So. 5th Floor
Las Vegas, NV 89101

*/s/ Maribel Bran*
_____
Employee of the Federal Public Defender